UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LORENA J. KUGHEN, individually and as )
Personal Representative of the Estate of )
NATHAN R. KUGHEN, Deceased, )
)
        Plaintiff, )
)
vs. ) CASE NO. 1:04-CV-1281-JDT-WTL
)
P.A.M. TRANSPORT, INC. and )
SHEILA MARIE PHILLIPS, )
)
        Defendants. )

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal in this cause.

AND THE COURT, being duly and sufficiently advised in the premises, NOW GRANTS said dismissal, said parties having compromised and resolved all claims in this action.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause of action be, and hereby is, dismissed, with prejudice, with each party bearing its own costs.

Dated   10/11/2005

                                         John Daniel Tinder, Judge
                                         United States District Court

Copies to:

Keith A. Gaston, Esq.
STEWART & IRWIN, P.C.
251 East Ohio Street, Suite 1100
Indianapolis, IN  46204

Robert M. Baker, III, Esq.
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle, Suite 4400
Post Office Box 44989
Indianapolis, IN  46244-0989